No. 00–9080.  Jones v. Ohio.  Ct. App. Ohio, Franklin County. Certiorari denied.

No. 00–9088.  Ward v. Broyles, Warden.  C. A. 7th Cir. Certiorari denied.

No. 00–9090.  Leng Yu Vang v. Knowles, Acting Warden. C. A. 9th Cir.  Certiorari denied.

No. 00–9091.  Calbert v. Yukins, Warden.  C. A. 6th Cir. Certiorari denied.

No. 00–9092.  Guzman v. Welborn, Warden.  C. A. 7th Cir. Certiorari denied.

No. 00–9093.  St. Hilare v. Moore, Secretary, Florida Department of Corrections.  C. A. 11th Cir.  Certiorari denied.

No. 00–9101.  Hennessey v. Hickman, Warden, et al. C. A. 9th Cir.  Certiorari denied.

No. 00–9113.  Clark v. Keohane, Warden, et al.  C. A. 8th Cir.  Certiorari denied.

No. 00–9114.  Corona v. California.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 00–9117.  Sears v. Florida.  Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 00–9118.  Robbins v. Hargett, Warden.  C. A. 10th Cir. Certiorari denied.

No. 00–9120.  Dundas v. Hutchinson, Warden, et al.  C. A. 4th Cir.  Certiorari denied.

No. 00–9123.  Saxton v. Los Angeles County Department of Children and Family Services.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 00–9125.  Reynolds v. Alabama.  Ct. Crim. App. Ala. Certiorari denied.

No. 00–9128.  Ephraim v. Neal, Warden.  C. A. 7th Cir. Certiorari denied.